**ACUSHNET COMPANY**

September 9, 2004

*\*Via Overnight Courier\**

Highlander Properties Ltd.
Attn: Tom E. Deighan
7200 State Route 88
Ravenna OH 44266

    Re:    Highlander Logoed Products Corp.
             Titleist: $198,906.51; Past Due: $191,620.08

Dear Mr. Deighan:

As you are aware, Highlander Properties Ltd. provided its guarantee of payment to Acushnet Company for sums payable by Highlander Logoed Products Corp. Payments due to Acushnet Company are now seriously delinquent, despite our repeated attempts to secure payment from the debtor.

We hereby request that Highlander Properties Ltd., as Guarantor of this account, make or ensure payment for the entire balance due is received in our office in accordance with the payment requirements explained in the attached letter. A minimum payment of $100,000.00 must be received in our office within the next ten days and the balance on your account paid current by September 30, 2004.

As you are aware, Highlander Properties Ltd. has contractually agreed to make payment in the event we do not receive payment from the debtor. If we do not receive payment as requested, this entire matter will be referred to an attorney or a collection agency for final handling. In the event this occurs, Highlander Properties Ltd. will be responsible to pay any and all collection and/or attorney costs incurred by Acushnet Company related to this matter.

Very truly yours,

Denise G. Reyes
Senior Credit Manager

/kr/016237




FOOTJOY.

P.O. Box 965
Fairhaven, MA 02719-0965

508-979-2000 phone
800-577-1002 fax