**ACUSHNET COMPANY**

September 9, 2004

*Via Overnight Courier*

Tim Deighan
8694 Brandywine Rd.
Sagamore Hills, OH 44067

    Re:    Highlander Logoed Products Corp.
             Titleist: $198,906.51; Past Due: $191,620.08

Dear Mr. Deighan

As you are aware, you provided your personal guarantee of payment to Acushnet Company for sums payable by Highlander Logoed Products Corp. Payments due to Acushnet Company are now seriously delinquent, despite our repeated attempts to secure payment from the debtor.

We hereby request that you, as Guarantor of this account, make or ensure payment for the entire balance due, as listed above, is received in our office in accordance with payment requirements explained in the attached letter. A minimum payment of $100,000.00 must be received in our office within the next ten days and the balance on your account paid current by September 30, 2004.

As you are aware, by providing your personal guarantee in this matter, you have contractually agreed to make payment in the event we do not receive payment from the debtor. If you have not resolved this matter as requested, it will be referred to an attorney or a collection agency for final handling. In the event this occurs, you will be responsible to pay any and all collection and/or attorney costs incurred by Acushnet Company related to this matter.

Very truly yours,

*Denise G. Reyes, cce*

Denise G. Reyes
Senior Credit Manager

/kr/016237




FOOTJOY.



P.O. Box 965
Fairhaven, MA 02719-0965

508-979-2000 phone
800-577-1002 fax