IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| ACUSHNET COMPANY, | ) | Case No. 04-CV-12145 PBS |
| | ) | |
| Plaintiff, | ) | Judge: PATTI B. SARIS |
| | ) | |
| -vs.- | ) | 1.  ROBERT C. MEEKER'S MOTION |
| | ) | FOR ADMISSION BEFORE |
| HIGHLANDER LOGOED PRODUCTS | ) | THE UNITED STATES DISTRICT |
| CORPORATION, et al., | ) | COURT FOR THE EASTERN |
| | ) | DISTRICT OF MASSACHUSETTS |
| Defendants. | ) | |
| | ) | 2.  CERTIFICATE OF SERVICE |
| | ) | |

ROBERT C. MEEKER'S MOTION FOR ADMISSION BEFORE THE UNITED
STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Now comes, ROBERT C. MEEKER, the undersigned counsel, and hereby moves this Honorable Court for admission to practice before the United States District Court for the Eastern District of Massachusetts.

Pursuant to Local Rule 83.5.3, the undersigned counsel certifies the following:

1. That he is a member of the bar in good standing in every jurisdiction where he had been admitted to practice, including the State of Ohio and United States District Court for the Northern District of Ohio;



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

-1-

2. That there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction;

3. That he is familiar with the local rules of the United States District Court for the District of Massachusetts; and

4. That he is searching for a member of the bar of this court, who shall file an appearance.

In the interest of justice and to avoid entry of default and prejudice against Highlander Properties Limited and Thomas E. Deighan, the undersigned counsel is filing the instant motion concurrently with Defendants Highlander Properties Limited and Thomas E. Deighan's Motion for Enlargement of Time to File Answer to Complaint.

Based on the above, undersigned counsel requests that his motion be granted.

Dated: Akron, Ohio, November 8, 2004.

> Respectfully submitted,
>
> */s/ Robert C. Meeker*
> ROBERT C. MEEKER
> Blakemore, Meeker, Bowler, Co., L.P.A.
> 19 North High Street
> Akron, Ohio 44308
> 330-253-3337 [Voice]
> 330-253-4131 [Facsimile]
>
> Attorney for Defendants
> HIGHLANDER PROPERTIES LIMITED
> and THOMAS E. DEIGHAN



Blakemore, Meeker & Bowler Co., L.P.A.
Attorneys At Law
19 North High Street
Akron, Ohio 44308
Tel: (330)253-3337
Fax: (330)253-4131

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 8, 2004, a copy of the foregoing Robert C. Meeker's Motion for Admission Before the United States District Court for the Eastern District of Massachusetts was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: Akron, Ohio, November 8, 2004.

        Respectfully submitted,

        */s/ Robert C. Meeker*
        ROBERT C. MEEKER
        Blakemore, Meeker, Bowler, Co., L.P.A.
        19 North High Street
        Akron, Ohio 44308
        330-253-3337 [Voice]
        330-253-4131 [Facsimile]

        Attorney for Defendants
        HIGHLANDER PROPERTIES LIMITED
        and THOMAS E. DEIGHAN



BLAKEMORE, MEEKER & BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131