IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ACUSHNET COMPANY, ) | Case No. 04-CV-12145 PBS |
| ) | |
| Plaintiff, ) | Judge: PATTI B. SARIS |
| ) | |
| -vs.- ) | 1.  DEFENDANTS HIGHLANDER |
| ) | PROPERTIES LIMITED AND |
| HIGHLANDER LOGOED PRODUCTS ) | THOMAS E. DEIGHAN'S |
| CORPORATION, et al., ) | MOTION FOR ENLARGEMENT |
| ) | OF TIME TO FILE ANSWER TO |
| Defendants. ) | COMPLAINT |
| ) | |
| ) | 2.  CERTIFICATE OF SERVICE |

DEFENDANTS HIGHLANDER PROPERTIES LIMITED AND THOMAS E. DEIGHAN'S
MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO COMPLAINT

Now come, HIGHLANDER PROPERTIES LIMITED and THOMAS E. DEIGHAN, Defendants herein, by and through their attorney, Robert C. Meeker, of Blakemore, Meeker & Bowler Co., L.P.A., and hereby respectfully move this Honorable Court for an extension of time in which to file their answer to the Complaint filed by ACUSHNET COMPANY, Plaintiff herein. This motion is made pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure (FRCP).

The undersigned counsel had just received the complaint filed herein. Defendants were served with said complaint on or about October 20, 2004 in the State of Ohio. Pursuant to FRCP



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

-1-

Rule 12, Defendants have twenty (20) days in which to file their answer, exclusive of the date of service, or on or before November 9, 2004. However, Defendants' counsel will be out of the State of Ohio on November 9, 2004. Defendants seek an enlargement of time to allow their counsel to have adequate opportunity to review the complaint and prepare an answer. Defendants seek an extension of 20 days from November 9, 2004 in which to file their answer, or on or before November 29, 2004. This is Defendants' first request for an extension of time to file answer. Attached hereto pursuant to Local Rule 83.5.3 is a copy of undersigned counsel's motion for leave to practice before this court.

Based on the foregoing, Defendants respectfully ask this Honorable Court that their motion be granted.

Dated: Akron, Ohio, November 8, 2004.

        Respectfully submitted,

        */s/ Robert C. Meeker*
        ROBERT C. MEEKER
        Blakemore, Meeker, Bowler, Co., L.P.A.
        19 North High Street
        Akron, Ohio 44308
        330-253-3337 [Voice]
        330-253-4131 [Facsimile]

        Attorney for Defendants
        HIGHLANDER PROPERTIES LIMITED
        and THOMAS E. DEIGHAN



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 8, 2004, a copy of the foregoing Defendants Highlander Properties Limited and Thomas E. Deighan's Motion for Extension of Time to File Answer to Complaint was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: Akron, Ohio, November 8, 2004.

          Respectfully submitted,

          */s/ Robert C. Meeker*
          ROBERT C. MEEKER
          Blakemore, Meeker, Bowler, Co., L.P.A.
          19 North High Street
          Akron, Ohio 44308
          330-253-3337 [Voice]
          330-253-4131 [Facsimile]

          Attorney for Defendants
          HIGHLANDER PROPERTIES LIMITED
          and THOMAS E. DEIGHAN



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131