# United States District Court

Eastern _____ DISTRICT OF _____ Massachusetts

Acushnet Company

v.

Highlander Logoed Products Corporation,
Highlander Properties Limited,
Thomas E. Deighan and
Timothy E. Deighan

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12145 PBS

TO: (Name and address of defendant)

Highlander Logoed Products Corporation
7200 State Route 88
Ravenna, OH 44266-9190

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Katherine Y. Fergus
DUANE MORRIS LLP
470 Atlantic Avenue
Suite 500
Boston, MA 02210
(617) 289-9200

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE: 1 2 2004

AO 440 (Rev. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11-1-2004 |
| NAME OF SERVER (PRINT) _J. Carlisle_ | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _7300 Yale St, Ft. Dearborn, MI_ _Accepted by Timothy Douglas_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _November 1, 2004_
           Date

_J. Carlisle_
Signature of Server

_3701 [illegible] Ave, Dearborn, MI_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.