# United States District Court

Eastern _____ DISTRICT OF _____ Massachusetts

Acushnet Company

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Highlander Logoed Products Corporation,
Highlander Properties Limited,
Thomas E. Deighan and
Timothy E. Deighan

04CV12145 PBS

TO: (Name and address of defendant)

Thomas E. Deighan
2417 Tamarack Trail
Ravenna, OH  44266-8270

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Katherine Y. Fergus
DUANE MORRIS LLP
470 Atlantic Avenue
Suite 500
Boston, MA  02210
(617) 289-9200

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

**CLERK**

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 10-20-2004

NAME OF SERVER (PRINT): Jo Carlisle

TITLE: Process Server

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 7200 State Route 88, Ravenna, Ohio

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 20, 2004

Signature of Server: Jo Carlisle

Address of Server: 2701 Cleveland Ave NW, Canton, OH

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.