

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | | |
|---|---|---|
| ACUSHNET COMPANY, | ) | Case No. 04-CV-12145 PBS |
| | ) | |
| Plaintiff, | ) | Judge: PATTI B. SARIS |
| | ) | |
| -vs.- | ) | 1.  DEFENDANTS' ANSWER TO COMPLAINT |
| | ) | |
| HIGHLANDER LOGOED PRODUCTS | ) | |
| CORPORATION, et al., | ) | 2.  CERTIFICATE OF SERVICE |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### DEFENDANTS' ANSWER TO COMPLAINT

Now come, HIGHLANDER LOGOED PRODUCTS CORPORATION (Highlander), HIGHLANDER PROPERTIES LIMITED (HPL), THOMAS E. DEIGHAN (Tom Deighan) and TIMOTHY E. DEIGHAN (Tim Deighan), Defendants herein, by and through their attorney, Robert C. Meeker, of Blakemore, Meeker & Bowler Co., L.P.A., and hereby submit their answer to the Complaint (Complaint) filed by ACUSHNET COMPANY, Plaintiff herein, as follows:

1.  In answering paragraph 1 of Plaintiff's complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and,



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

-1-

therefore, deny the same.

2.    Highlander admits to the allegations contained in paragraph 2 of the complaint. In further answering said paragraphs, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

3.    HPL admits to the allegations contained in paragraph 3 of the complaint. In further answering said paragraphs, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

4.    Tom Deighan admits to the allegations contained in paragraph 4 of the complaint. In further answering said paragraphs, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

5.    Tim Deighan admits to the allegations contained in paragraph 5 of the complaint. In further answering said paragraphs, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

## JURISDICTION AND VENUE

6.    In answering paragraph 6 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

7.    In answering paragraph 7 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the remaining allegations contained therein



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
18 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

and, therefore, deny the same.

8.    Defendants deny the allegations contained in paragraph 8 of the complaint.

## STATEMENT OF FACTS

9.    In answering paragraph 9 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the remaining allegations contained therein and, therefore, deny the same.

10.    In answering paragraph 10 of the complaint, Highlander admits that it is a retailer of golf equipment. In further answering said paragraph, Highlander is without sufficient information or belief to form an opinion as to the truth of the remaining allegations contained therein and, therefore, denies the same. In further answering said paragraph, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

11.    In answering paragraph 11 of the complaint, HPL is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein, including, but not limited to, the attached Exhibit A, and, therefore, denies the same. In further answering said paragraph, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

12.    In answering paragraph 12 of the complaint, Tom Deighan is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein, including, but not limited to, the attached Exhibit B, and, therefore, denies the same. In further answering said paragraph, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

13.    In answering paragraph 13 of the complaint, Tim Deighan is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein, including, but not limited to, the attached Exhibit C, and, therefore, denies the same. In further answering said paragraph, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

14.    In answering paragraph 14 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same. In further answering said paragraph, Defendants defend on the basis that Exhibits A, B and C speak for themselves.

15.    In answering paragraph 15 of the complaint, HPL, Tom Deighan and Tim Deighan (Guarantors as alleged) are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same. In further answering said paragraph, Guarantors defend on the basis that Exhibits A, B and C speak for themselves. In further answering said paragraph, Highlander is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, denies the same.

16.    In answering paragraph 16 of the complaint, the Guarantors are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same. In further answering said paragraph, Guarantors defend on the basis that Exhibits A, B and C speak for themselves. In further answering said paragraph, Highlander is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, denies the same.

17.    In answering paragraph 17 of the complaint, the Guarantors are without sufficient



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same. In further answering said paragraph, Guarantors defend on the basis that Exhibits A, B and C speak for themselves. In further answering said paragraph, Highlander is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, denies the same.

18.    In answering paragraph 18 of the complaint, the Guarantors are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same. In further answering said paragraph, Guarantors defend on the basis that Exhibits A, B and C speak for themselves. In further answering said paragraph, Highlander is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, denies the same.

19.    In answering paragraph 19 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

20.    In answering paragraph 20 of the complaint, Highlander is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, denies the same. In further answering said paragraph, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

21.    In answering paragraph 21 of the complaint, Highlander is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, denies the same. In further answering said paragraph, the remaining Defendants are



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

22.     In answering paragraph 22 of the complaint, the Guarantors are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same. In further answering said paragraph, Guarantors defend on the basis that Exhibits D, E and F speak for themselves. In further answering said paragraph, Highlander is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, denies the same.

23.     Guarantors deny the allegations contained in paragraph 23 of the complaint. In further answering said paragraph, Highlander is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, denies the same.

24.     In answering paragraph 24 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

**COUNTS**

**Count I – Breach of Contract – Payments Due for Goods Sold and Delivered**
**(vs. Highlander)**

25.     Defendants re-allege and re-aver all admissions, averments and denials contained in paragraphs 1 through and including 24 of their answer, as if fully rewritten herein.

26.     In answering paragraph 26 of the complaint, Highlander denies all allegations contained therein. In further answering said paragraph, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

-6-

and, therefore, deny the same.

27.    In answering paragraph 27 of the complaint, Highlander denies all allegations contained therein.  In further answering said paragraph, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

28.    In answering paragraph 28 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

### Count II – Unjust Enrichment
### (vs. Highlander)

29.    Defendants re-allege and re-aver all admissions, averments and denials contained in paragraphs 1 through and including 28 of their answer, as if fully rewritten herein.

30.    In answering paragraph 30 of the complaint, Highlander denies all allegations contained therein.  In further answering said paragraph, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

### Count III – Promissory Estoppel
### (vs. Highlander)

31.    Defendants re-allege and re-aver all admissions, averments and denials contained in paragraphs 1 through and including 30 of their answer, as if fully rewritten herein.

32.    In answering paragraph 32 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

33.    In answering paragraph 33 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

34.    In answering paragraph 34 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

35.    In answering paragraph 35 of the complaint, Highlander denies all allegations contained therein.    In further answering said paragraph, the remaining Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

36.    In answering paragraph 36 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

### Count IV – Breach of Guaranty
### (vs. HPL, Tom Deighan and Tim Deighan)

37.    Defendants re-allege and re-aver all admissions, averments and denials contained in paragraphs 1 through and including 36 of their answer, as if fully rewritten herein.

38.    In answering paragraph 38 of the complaint, Guarantors deny all allegations contained therein. In further answering said paragraph, Highlander is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, denies the same.

39.    In answering paragraph 39 of the complaint, Guarantors deny all allegations contained therein. In further answering said paragraph, Highlander is without sufficient information or belief



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

-8-

to form an opinion as to the truth of the allegations contained therein and, therefore, denies the same.

40.    In answering paragraph 40 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

41.    In answering paragraph 41 of the complaint, Guarantors deny all allegations contained therein. In further answering said paragraph, Highlander is without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, denies the same.

42.    In answering paragraph 42 of the complaint, Defendants are without sufficient information or belief to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

## Additional Denials

43.    Defendants deny all remaining allegations contained in the Mr. Iaconis' complaint that have not been denied in paragraphs 1 through and including 49 of said complaint.

## AFFIRMATIVE DEFENSES

### First Defense

44.    The complaint fails to state a claim upon which relief can be granted.

### Second Defense

45.    Defendants assert the defense of accord and satisfaction.

### Third Defense

46.    Plaintiff should be barred from maintaining this action due to Plaintiff's breach of contract.

### Fourth Defense



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

47.    Plaintiff should be barred from maintaining this action due to Plaintiff's breach of the terms and conditions of the alleged guarantees.

## Fifth Defense

48.    Plaintiff should be barred from maintaining this action due to Plaintiff's assuming the risk if he, at anytime, acted without authority, consent or approval.

## Sixth Defense

49.    Defendants defend on the basis of waiver.

## Seventh Defense

50.    Defendants defend on the basis of estoppel.

## Eighth Defense

51.    Defendants assert the defense of improper forum and venue.

## Ninth Defense

52.    Plaintiff's recovery should be reduced or barred for its failure to mitigate its own damages.

## Tenth Defense

53.    Defendants defend on the basis that this court lacks personal and subject matter, jurisdiction.

## Eleventh Defense

54.    Defendants defend on the basis that this court lacks proper venue.

## Twelfth Defense

55.    Defendants defend on the basis that Plaintiff failed to join indispensable parties pursuant to Rule 19 of the Federal Rules of Civil Procedure.



BLAKEMORE, MEEKER & BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

## Thirteenth Defense

56.     Defendants defend on the basis that the lawsuit is not prosecuted by the real parties

in interest pursuant to Rule 17 of the Federal Rules of Civil Procedure.

## Fourteenth Defense

57.     Defendants assert the defense of failure of consideration.

## Fifteenth Defense

58.     Defendants assert the defense of payment.

## Sixteenth Defense

59.     Defendants assert the defense of laches.

## Seventeenth Defense

60.     Defendants assert all other matters constituting avoidance or affirmative defenses.

WHEREFORE, Defendants pray for judgment as follows:

1.     That the Complaint be dismissed with prejudice;

2.     That this Honorable Court awards Defendants' court costs, expenses and reasonable

attorney fees; and

3.     That this Honorable Court grants relief and damages as the Court deems reasonable

and proper in the premises.

DATED: Akron, Ohio, _____11/19/04_____.

Respectfully submitted,

ROBERT C. MEEKER (#0018019)
Blakemore, Meeker, Bowler, Co., L.P.A.
19 North High Street



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

Akron, Ohio 44308
330-253-3337 [Voice]
330-253-4131 [Facsimile]

Attorney for Defendants
HIGHLANDER LOGOED PRODUCTS
CORPORATION, HIGHLANDER
PROPERTIES LIMITED, THOMAS E.
DEIGHAN and TIMOTHY E. DEIGHAN



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Defendants' Answer to Complaint was served upon the following at his/her/its/their last known address(es), via U. S. Mail, first class, postage prepaid, on the date indicated below:

MICHAEL R. GOTTFRIED, ESQ.
KATHERINE Y. FERGUS, ESQ.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210

> Attorneys for Plaintiff
> ACUSHNET COMPANY

Dated: Akron, Ohio, _____ 11/19/04 _____.

> Respectfully submitted,

ROBERT C. MEEKER (#0013019)
Blakemore, Meeker & Bowler Co., L.P.A.
19 North High Street
Akron, Ohio 44308
330-253-3337 [Voice]
330-253-4131 [Facsimile]

Attorney for Defendants
HIGHLANDER LOGOED PRODUCTS
CORPORATION, HIGHLANDER
PROPERTIES LIMITED, THOMAS E.
DEIGHAN and TIMOTHY E. DEIGHAN



BLAKEMORE, MEEKER &
BOWLER CO., L.P.A.
ATTORNEYS AT LAW
19 NORTH HIGH STREET
AKRON, OHIO 44308
TEL: (330)253-3337
FAX: (330)253-4131