UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGHLANDER LOGOED PRODUCTS CORPORATION, HIGHLANDER PROPERTIES LIMITED, THOMAS E. DEIGHAN, and TIMOTHY E. DEIGHAN,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)   C.A. 04-cv-12145-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff Acushnet Company and Defendants Highlander Logoed Products Corporation, Highlander Properties Limited, Thomas E. Deighan and Timothy E. Deighan ("Defendants") jointly request that the Court continue for fourteen (14) days the scheduling conference currently scheduled for 2:25 p.m. on January 3, 2005. The parties also request that all related filing deadlines be continued for fourteen (14) days.

As grounds for this motion, the parties state that they are currently engaged in settlement discussions which have resulted in a settlement in principal and believe that they will reach a final resolution of this issue during the next two weeks. To enable the parties to concentrate on the settlement discussions, it would be in the interests of both parties to not proceed with the scheduling conference on January 3, 2005. Accordingly, the parties request a fourteen (14) day continuance of the scheduling conference.

WHEREFORE, the parties jointly request that the Court continue for fourteen (14) days the scheduling conference currently scheduled for 2:15 p.m. on January 3, 2005, as well as all related filing deadlines.

Respectfully submitted,
ACUSHNET COMPANY

By its attorneys,

/s/ Katherine Y. Fergus
Michael R. Gottfried (BBO#542156)
Katherine Y. Fergus (BBO#637989)
Duane Morris LLP
470 Atlantic Avenue
Boston, MA 02210
(617) 289-9200

January 3, 2005

HIGHLANDER LOGOED PRODUCTS
CORPORATION, ET AL.
By their attorneys,

/s/ Robert C. Meeker
Robert C. Meeker, pro hac vice
Blakemore, Meeker, Bowler Co., L.P.A.
19 North High Street
Akron, Ohio 44308
330-253-3337

2