UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 25 P 3: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ACUSHNET COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) C.A. 04-cv-12145-PBS |
| HIGHLANDER LOGOED PRODUCTS CORPORATION, HIGHLANDER PROPERTIES LIMITED, THOMAS E. DEIGHAN, and TIMOTHY E. DEIGHAN, | ) |
| Defendants. | ) |

### JOINT MOTION TO CONTINUE NISI PERIOD
### FOR AN ADDITIONAL THIRTY (30) DAYS

Plaintiff Acushnet Company and Defendants Highlander Logoed Products Corporation, Highlander Properties Limited, Thomas E. Deighan and Timothy E. Deighan ("Defendants") jointly request that the Court continue for thirty (30) days the nisi period so that the parties may finalize their settlement of the instant matter.

As grounds for this motion, the parties state that they have reached a settlement in principal and believe that they will reach a final resolution of this matter during the next thirty (30). To enable the parties to finalize the settlement, including the execution of a mutually agreeable settlement agreement and the payment of the settlement proceeds, it would be in the interests of both parties to continue the nisi period for an additional thirty (30) days.

WHEREFORE, the parties jointly request that the Court continue for the nisi period for an additional thirty (30) days.

Respectfully submitted,
ACUSHNET COMPANY

By its attorneys,

/s/ Katherine Y. Fergus
Michael R. Gottfried (BBO# 542156)
Katherine Y. Fergus (BBO#637989)
Duane Morris LLP
470 Atlantic Avenue
Boston, MA 02210
(617) 289-9200

January 25, 2005

HIGHLANDER LOGOED PRODUCTS CORPORATION, ET AL.

By their attorneys,

/s/ Robert C. Meeker 1/25/05
Robert C. Meeker, pro hac vice
Blakemore, Meeker, Bowler Co., L.P.A.
19 North High Street
Akron, Ohio 44308
330-253-3337

2