UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>HIGHLANDER LOGOED PRODUCTS CORPORATION, HIGHLANDER PROPERTIES LIMITED, THOMAS E. DEIGHAN, and TIMOTHY E. DEIGHAN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. 04-cv-12145-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION TO VACATE NISI PERIOD AND RE-OPEN MATTER**

Plaintiff Acushnet Company requests that the Court vacate its order continuing the nisi period for (30) days and that it re-open this matter. Plaintiff and Defendants Highlander Logoed Products Corporation, Highlander Properties Limited, Thomas E. Deighan and Timothy E. Deighan ("Defendants") have been unable in this now sixty (60) day period to finalize their settlement. Accordingly, Plaintiff requests that the case be re-opened and that the Court hold a scheduling conference.

As grounds for this motion, Acushnet states that the this Court entered the first nisi order on this matter on January 3, 2005. Thereafter, in response to the parties' joint motion to continue the nisi period for thirty (30) days, the Court entered a January 25, 2005 order continuing the nisi period for an additional thirty (30) days. To date, the parties have not settled the matter. Accordingly, plaintiff seeks to re-open the matter and proceed with pretrial discovery.

WHEREFORE, plaintiff requests that the Court vacate the nisi order and re-open the matter.

Respectfully submitted,
ACUSHNET COMPANY
By its attorneys,

/s/ Katherine Y. Fergus
Michael R. Gottfried (BBO# 542156)
Katherine Y. Fergus (BBO# 637989)
Duane Morris LLP
470 Atlantic Avenue
Boston, MA 02210
(617) 289-9200

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Plaintiff hereby certifies that she conferred with counsel for the Defendant in a good faith attempt to resolve the issues in this motion. No resolution could be reached. Accordingly, Plaintiff's counsel advised Defendants' counsel that the instant motion would be filed.

/s/ Katherine Y. Fergus
Katherine Y. Fergus (BBO# 637989)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9200