UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-12145-PBS |
| HIGHLANDER LOGO, | ) | |
| PRODUCTS CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE SARIS

The above-entitled case was reported settled in principle after referral to the ADR Program, but prior to ADR. However, the contemplated settlement will not occur until some time after April 15, 2005. In the event that the settlement is not consummated, the plaintiff believes that rescheduling the mediation will not serve the interests of the parties or the court. Therefore, the case should be restored to your trial list. The plaintiff has requested that a scheduling conference be scheduled in your session for some time during the week of April 25, 2005.

      / s / Judith Gail Dein
Judith Gail Dein, U.S. Magistrate Judge
ADR Provider

DATED: April 1, 2005