UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Acushnet Company<br>　　　　　Plaintiff, | CIVIL ACTION<br>NO.  04-12145-PBS |
| v. | |
| Highlander Logoed Products Corp., et al<br>　　　　　Defendants. | |

**NOTICE OF SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                                                April 4, 2005

　　　TAKE NOTICE that the above-entitled case has been set for a Scheduling Conference on **April 28, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Copies to:  All Counsel