UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Acushnet Company
        Plaintiff,                      CIVIL ACTION
                                        NO.   04-12145-PBS
   v.

Highlander Logoed Products Corp., et al
        Defendants.

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                  April 26, 2005

     The Scheduling Conference  previously scheduled for April 28, 2005, has been **rescheduled** to **May 6, 2005, at 3:30 p.m.**

                                                                      By the Court,

                                                                   _./s/ Robert C. Alba_
                                                                   Deputy Clerk

Copies to:  All Counsel

resched.ntc