UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY,              ) | |
|                                ) | |
|         Plaintiff,             ) | |
|                                ) | |
|     v.                         ) | C.A.  04-cv-12145-PBS |
|                                ) | |
| HIGHLANDER LOGOED PRODUCTS     ) | |
| CORPORATION, HIGHLANDER        ) | |
| PROPERTIES LIMITED, THOMAS E.  ) | |
| DEIGHAN, and TIMOTHY E. DEIGHAN,) | |
|                                ) | |
|         Defendants.            | |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned affirm that they have conferred:

(a)   with a view to establishing a budget for the cost of conducting the full course --

       and various alternative courses -- of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute

       resolution programs such as those outlined in Local Rule 16.4.


/s/  Katherine Y. Fergus  
Katherine Y. Fergus (BBO# 637989)  
Duane Morris LLP  
470 Atlantic Avenue, Suite 500  
Boston, MA 02210  
617 289 9200  

/s/  Roland Giroux  
Roland Giroux  
General Counsel  
Acushnet Company  
P.O. Box 965  
Fairhaven, MA 02719-0965  
1-800-225-8500  

BOS\115090.1