UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>       Plaintiff,<br><br>    v.<br><br>HIGHLANDER LOGOED PRODUCTS CORPORATION, HIGHLANDER PROPERTIES LIMITED, THOMAS E. DEIGHAN, and TIMOTHY E. DEIGHAN,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)  C.A.  04-cv-12145-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## **CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Plaintiff Acushnet Company, furnishes the following corporate disclosure statement:

1. The full name of the plaintiff is Acushnet Company.

2. Acushnet Company is a subsidiary of Fortune Brands.

                                      Respectfully submitted,

                                      ACUSHNET COMPANY

                                      By their attorneys,


                                      /s/ Katherine Y. Fergus
                                      Katherine Y. Fergus (BBO# 637989)
                                      Duane Morris LLP
                                      470 Atlantic Avenue, Suite 500
                                      Boston, MA 02210
                                      617-289-9200

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of April, 2005, a true and correct copy of the above document was served upon the following attorneys of record:

**Robert C. Meeker**
Blakemore, Meeker, Bowler, Co., L.P.A.
19 North High Street
Akron, OH 44308
330-253-3337
Fax: 330-253-4131
Email: rcmeeker@bmblaw.com


Attorneys for Defendants


/s/ Katherine Y. Fergus
Katherine Fergus