UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HIGHLANDER LOGOED PRODUCTS )<br>CORPORATION, HIGHLANDER )<br>PROPERTIES LIMITED, THOMAS E. )<br>DEIGHAN, and TIMOTHY E. DEIGHAN, )<br>)<br>Defendants. | C.A. 04-cv-12145-PBS |

**JOINT STATEMENT PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1(d)**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), the parties have conferred to discuss, among other things: (a) preparing an agenda of matters to be discussed at the scheduling conference; (b) preparing a proposed pre-trial schedule and discovery plan; and (c) considering whether the parties will consent to a trial by a Magistrate Judge. Plaintiff Acushnet Company ("Acushnet") and Defendants Highlander Logoed Products Corporation, et al. (hereinafter "Defendants") jointly submit this statement.

    1.    **Proposed Schedule for Filing of Motions and Discovery Plan.**

        A.    Deadline for completing fact discovery: August 1, 2005.

        B.    Exchange of initial expert reports: (1) Plaintiff: August 31, 2005.
                                                        (2) Defendant: September 30, 2005

        C.    Deadline for expert depositions: October 31, 2005.

        D.    Deadline for dispositive motions: November 30, 2005.

The parties agree that they will not exceed the discovery event limitations specified in Local Rule 26.1(C).

**2.** **Certification.**

The parties and their counsel have conferred pursuant to Local Rule 16.1(d)(3): (a) with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. The parties will file their certifications under separate cover.

| | |
|---|---|
| Respectfully submitted,<br>ACUSHNET COMPANY | HIGHLANDER LOGOED PRODUCTS CORPORATION, ET AL. |
| By its attorneys, | By their attorneys, |
| /s/ Katherine Y. Fergus<br>Michael R. Gottfried (BBO# 542156)<br>Katherine Y. Fergus (BBO#637989)<br>Duane Morris LLP<br>470 Atlantic Avenue<br>Boston, MA 02210<br>(617) 289-9200 | /s/ Robert C. Meeker<br>Robert C. Meeker, pro hac vice<br>Blakemore, Meeker, Bowler Co., L.P.A.<br>19 North High Street<br>Akron, Ohio 44308<br>330-253-3337 |

April 25, 2005