UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HIGHLANDER LOGOED PRODUCTS )<br>CORPORATION, HIGHLANDER )<br>PROPERTIES LIMITED, THOMAS E. )<br>DEIGHAN, and TIMOTHY E. DEIGHAN, )<br>)<br>Defendants. ) | C.A. 04-cv-12145-PBS |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff Acushnet Company and Defendants Highlander Logoed Products Corporation, Highlander Properties Limited, Thomas E. Deighan and Timothy E. Deighan ("Defendants") jointly request that the Court continue the scheduling conference scheduled for May 6, 2005 to the week of May 23, 2005 so that the Defendants may have an opportunity to close, as they have represented will happen on May 20, 2005, on the financing which would resolve this matter.

As grounds for this motion, the parties state that Defendants have provided Plaintiff with a written commitment letter and letter of intent to close the transaction which would fund a resolution of this matter on May 20, 2005. To enable the defendant a final opportunity to close the transaction which would provide funds to resolve this matter and avoid the expense of Defendants' counsel's travel from Ohio, it would be in the interests of both parties to continue the scheduling conference to the week of May 23, 2005. Accordingly, the parties request that the Court continue the scheduling conference to provide this opportunity. The parties are grateful for the Court's further indulgence to give them an opportunity to resolve this short of further protracted litigation.

BOS\115948.1

WHEREFORE, the parties jointly request that the Court continue the scheduling conference to the week of May 23, 2005 or the Court's convenience some time thereafter.

| | |
|---|---|
| Respectfully submitted,<br>ACUSHNET COMPANY | HIGHLANDER LOGOED PRODUCTS CORPORATION, ET AL. |
| By its attorneys, | By their attorneys, |
| /s/ Katherine Y. Fergus<br>Michael R. Gottfried (BBO# 542156)<br>Katherine Y. Fergus (BBO#637989)<br>Duane Morris LLP<br>470 Atlantic Avenue<br>Boston, MA 02210<br>(617) 289-9200 | /s/ Robert C. Meeker<br>Robert C. Meeker, pro hac vice<br>Blakemore, Meeker, Bowler Co., L.P.A.<br>19 North High Street<br>Akron, Ohio 44308<br>330-253-3337 |

May 5, 2005