UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HIGHLANDER LOGOED PRODUCTS )<br>CORPORATION, HIGHLANDER )<br>PROPERTIES LIMITED, THOMAS E. )<br>DEIGHAN, and TIMOTHY E. DEIGHAN, )<br>)<br>Defendants. )<br>) | C.A. 04-cv-12145-PBS |

## JOINT MOTION TO FOR RECONSIDERATION AND TO RESCHEDULE SCHEDULING CONFERENCE

Plaintiff Acushnet Company and Defendants Highlander Logoed Products Corporation, Highlander Properties Limited, Thomas E. Deighan and Timothy E. Deighan ("Defendants") jointly request that the Court reconsider its order denying Plaintiff's Motion to Vacate Settlement Order of Dismissal.  The failure of counsel for each of the parties to appear for the May 25, 2005 scheduling conference was the result of inadvertent counsel error and through no fault of the parties themselves.  Moreover, counsel for the Defendants never received the electronic notice of the May 25, 2005 scheduling conference.  Accordingly, counsel for the parties seek the Court's indulgence in excusing this error and rescheduling a scheduling conference for the week of June 13, 2005 or other date thereafter convenient for the Court.

As grounds for this motion, the parties state that counsel for both parties have been involved in working out a resolution, but counsel for the plaintiff neglected to calendar the date from the Court's order on the Joint Motion to Continue the Scheduling Conference.  Counsel for the Defendants did not receive the electronic order setting the conference for May 25, 2005.

BOS\115948.1

In the meantime, Defendants have provided Plaintiff with a written commitment letter and letter of intent to close the transaction which would fund a resolution of this matter within the next few weeks.  To enable the defendant a final opportunity to close the transaction which would provide funds to resolve this matter and avoid the expense of Defendants' counsel's travel from Ohio, it would be in the interests of both parties to continue the scheduling conference to the week of June 13, 2005.  Accordingly, the parties request that the Court continue the scheduling conference to provide this opportunity.  The parties are grateful for the Court's indulgence.

WHEREFORE, the parties jointly request that the Court excuse this inadvertent error and continue the scheduling conference to the week of June 13, 2005 or the Court's convenience some time thereafter.

| | |
|---|---|
| Respectfully submitted,<br>ACUSHNET COMPANY | HIGHLANDER LOGOED PRODUCTS CORPORATION, ET AL. |
| By its attorneys, | By their attorneys, |
| /s/ Katherine Y. Fergus<br>Michael R. Gottfried (BBO# 542156)<br>Katherine Y. Fergus (BBO#637989)<br>Duane Morris LLP<br>470 Atlantic Avenue<br>Boston, MA 02210<br>(617) 289-9200 | /s/ Robert C. Meeker<br>Robert C. Meeker, pro hac vice<br>Blakemore, Meeker, Bowler Co., L.P.A.<br>19 North High Street<br>Akron, Ohio 44308<br>330-253-3337 |

May 27, 2005