UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Acushnet Company <br>         Plaintiff, <br>   v. <br> Highlander Logoed Products Corp, et al <br>         Defendants. | CIVIL ACTION <br> NO. 04-12145-PBS |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                                       June 1, 2005

     TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Joint Motion for Reconsideration of Order on Motion to Vacate Settlement Order of Dismissal on **June 15, 2005**, at **9:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                        By the Court,

                                                         /s/ Robert C. Alba
                                                        Deputy Clerk

Copies to:  All Counsel