UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>HIGHLANDER LOGOED PRODUCTS  )<br>CORPORATION, HIGHLANDER  )<br>PROPERTIES LIMITED, THOMAS E.  )<br>DEIGHAN, and TIMOTHY E. DEIGHAN,  )<br>  )<br>Defendants.  )<br>  ) | C.A. 04-cv-12145-PBS |

### **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Plaintiff Acushnet Company (hereinafter "Acushnet") hereby moves the Court for summary judgment in its favor on all counts of its Complaint because there is no dispute as to the defendants' failure to pay the amounts owed and to honor the guaranties, and therefore a judgment for Acushnet depends only upon the amount of damages due under the terms of the parties agreement. Accordingly, there are no genuine issues of material fact and Acushnet is entitled to judgment as a matter of law. In addition, as provided for in the guaranties, Acushnet requests that the Court award Acushnet its attorneys' fees incurred in enforcing its rights under the guaranties.

In further support of this Motion, Acushnet submits herewith a memorandum in support of its motion, the Affidavit of Katherine Y. Fergus and the Affidavit of Denise Reyes.

WHEREFORE, Plaintiff respectfully requests that this Court (1) enter an order granting summary judgment in their favor on all counts of its complaint; (2) enter an order awarding Acushnet its costs and attorneys fees; (3) enter an order granting such other relief that the Court

BOS\134993.1

deems just and proper.

                    ACUSHNET COMPANY,
                    By its attorneys,

                    /s/ Katherine Y. Fergus
                    Katherine Y. Fergus, BBO# 637989
                    DUANE MORRIS LLP
                    470 Atlantic Avenue, Suite 500
                    Boston, MA 02210
Dated: July 27, 2005      (617) 289-9200

2

BOS\134993.1