UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>Plaintiff<br><br>v.<br><br>HIGHLANDER LOGOED PRODUCTS CORPORATION, HIGHLANDER PROPERTIES LIMITED, THOMAS E. DEIGHAN, and TIMOTHY E. DEIGHAN,<br><br>Defendants. | Case No. 04-cv-12145-PBS<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF DENISE REYES

I, Denise Reyes, under oath depose and state as follows:

1. I am a Senior Credit Manager for Acushnet Company ("Acushnet"). I submit this affidavit in support of Acushnet's Motion for Summary Judgment.

2. Acushnet is a leading maker of golf balls, clubs, shoes, gloves, and other golf equipment and accessories under brand names such as Titleist, FootJoy, Cobra, and Pinnacle. In connection with its business, Acushnet sells its products to golf pro shops, sporting goods stores, and other retail stores for purchase by consumers and usually extends credit to these retailers for the purchase of such equipment.

3. During the relevant time, Highlander Logoed Products Corporation ("Highlander") was a customer of Acushnet. Since approximately 1989, Highlander has purchased equipment from Acushnet and sold that equipment to its customers. In connection with Highlander's purchase of equipment, it sought and received an extension of credit from

DOS\134995.1

Acushnet in exchange for guaranties executed by Highlander's principals, Tim Deighan and Tom Deighan, and its affiliate, Highlander Properties Limited ("Guarantors").

4. Pursuant to orders for equipment placed by Highlander, Acushnet delivered its products according to Highlander's instruction, which products Highlander accepted without objection.

5. Acushnet has sent invoices to Highlander for these products. Highlander has made partial payment on the invoices. Currently, Highlander owes Acushnet a balance of $191,289.06 for these products, which debt dates back several months.

6. Acushnet has requested that Highlander pay the overdue invoices. Highlander has failed and refused to pay the amount due. Highlander has never objected to the quality of the goods or raised any other objection.

7. Acushnet notified the Guarantors that they are obligated to perform under the terms of the Guaranties. The Guarantors have failed and refused to pay the sums due under the terms of the Guaranties.

8. As a result of Highlander's failure to pay the amounts owed and the Guarantors failure to honor the guaranties, Acushnet retained the law firm of Duane Morris LLP to enforce Highlander and the Guarantors payment obligations. Through June 30, 2005, Acushnet has incurred attorneys fees in the amount of $18,520.00 and costs in the amount of $865.39 in connection with the enforcement of the obligations of Highlander and the Guarantors. Acushnet believes these attorneys fees and costs are fair and reasonable.

Signed under the penalty of perjury this 27th day of July, 2005.

_Denise Reyes, Senior Credit Mgr._
Denise Reyes