UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY,           )<br>                                             )<br>           Plaintiff,             )<br>                                             )<br>     v.                                  )     C.A. 04-cv-12145-PBS<br>                                             )<br>HIGHLANDER LOGOED PRODUCTS   )<br>CORPORATION, HIGHLANDER     )<br>PROPERTIES LIMITED, THOMAS E. )<br>DEIGHAN, and TIMOTHY E. DEIGHAN, )<br>                                             )<br>           Defendants.         )<br>                                             ) | |

## AGREEMENT FOR JUDGMENT

Plaintiff Acushnet Company and Defendants Highlander Logoed Products Corporation, Highlander Properties Limited, Thomas E. Deighan and Timothy E. Deighan ("Defendants") hereby stipulate and agree that final judgment shall enter in favor of Plaintiff against Defendants, jointly and severally, in the amount of $212,597.80, representing $191,289.06 in damages, $20,400 in attorneys fees, and $908.74, in costs with interest accruing on this amount at the statutory rate until paid in full. Defendants waive all defenses and all rights of appeal.

Respectfully submitted,
ACUSHNET COMPANY                              HIGHLANDER LOGOED PRODUCTS
                                                                    CORPORATION, ET AL.
By its attorneys,                                         By their attorneys,


 /s/ Katherine Y. Fergus                              /s/ Robert C. Meeker
Michael R. Gottfried (BBO# 542156)       Robert C. Meeker, pro hac vice
Katherine Y. Fergus (BBO#637989)        Blakemore, Meeker, Bowler Co., L.P.A.
Duane Morris LLP                                   19 North High Street
470 Atlantic Avenue                                Akron, Ohio 44308
Boston, MA 02210                                  330-253-3337
(617) 289-9200

September 8, 2005