IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ACUSHNET COMPANY | ) | C.A. 04-cv-1245-PBS |
| Plaintiff, | ) | |
| vs. | ) | |
| HIGHLANDER LOGO PRODUCTS, et al | ) | **NOTICE OF FILING** |
| | ) | **VOLUNTARY PETITION** |
| Defendant. | ) | |

Now comes Thomas and Christine Deigan, Defendants herein and hereby gives Notice that on the 23rd day of August 2006, they filed a voluntary petition of bankruptcy in the United States Bankruptcy Court, Northern District of Ohio, Eastern Division, Case No.: 06-51587.

Respectfully submitted,

Morris H. Laatsch, Esq. 0010279
520 S. Main Street, Suite 500
Akron, Ohio 44311-1077
330-762-7477

PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion was sent by regular U.S. Mail on the 28 day of August 2006, to:

Michael R. Gottfried
Attorney at Law
470 Atlantic Avenue
Boston, MA 02210

Robert Meeker
Attorney at Law
19 North High Street
Akron, Ohio 44308

Morris H. Laatsch, Attorney at Law

# Open New Bankruptcy Case

## U.S. Bankruptcy Court

## Northern District of Ohio

Notice of Bankruptcy Case Filing

The following transaction was received from Laatsch, Morris H entered on 8/23/2006 at 2:48 PM EDT and filed on 8/23/2006

**Case Name:** Thomas E Deighan and Christine Bowersox
**Case Number:** 06-51587
**Document Number:** 1

**Docket Text:**
Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Thomas E Deighan, Christine Bowersox (Laatsch, Morris aty)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\ECF\DEIGHANT\Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=985901243 [Date=8/23/2006] [FileNumber=14843208-0
] [39b61b8a76587b7367747287c4854cd34feb566d4ff2398bdcd09a90c3f95d6beac
5589b5ae3123d52f5d54201f281a55af092a3bce9aa9dacca254d2b591d7c]]

**06-51587 Notice will be electronically mailed to:**

Morris H Laatsch    vmeyer@bhk-law.com,

**06-51587 Notice will not be electronically mailed to:**